100 So.2d 721

Mose LOVETT et al.

v.

MOBILE HOUSING BOARD.

I Div. 736.

Supreme Court of Alabama.

Jan. 23, 1958.

Rehearing Denied March 6, 1958.

D. R. Coley, Jr., Mobile, for appellants.

Alexander Foreman, Jr., McConnell & Foreman, Mobile, for appellee.

SIMPSON, Justice.

Reversed and remanded on authority of Harris v. Mobile Housing Board, ante, p. 147, 100 So.2d 719, this day decided.

Reversed and remanded.

LAWSON, GOODWYN, and MERRILL, JJ., concur.